# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA, THROUGH
THE DEPARTMENT OF CHILDREN
AND FAMILY SERVICES, CHILD
SUPPORT ENFORCEMENT, IN THE
INTEREST OF Z.B., MINOR
CHILD(REN) OF S.B.

NO.   2019 CW 0792

VERSUS

**SEP 0 3 2019**

DERRICK JONES

---

In Re:    Derrick Jones, applying for supervisory writs, Family
          Court in and for the Parish of East Baton Rouge, No.
          215357.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**
                              **AHP**
                              **WIL**

**Higginbotham, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT